**2014–1462.   Whetstone v. Binner.**

Fairfield App. No. 13 CA 47.

PFEIFER and O'NEILL, JJ., dissent.

**2014–1519.   McClain v. State.**

Franklin App. No. 13AP–427, 2014-Ohio-1711. Sua sponte, cause held for the decision in 2014–0735, *C.K. v. State*, 8th Dist. Cuyahoga No. 100193, 2014-Ohio-1243, and briefing schedule stayed.

O'NEILL, J. dissents.

**2014–1557.   State v. Klembus.**

Cuyahoga App. No. 100068, 2014-Ohio-3227.

**2014–1560.   State v. Barker.**

Hamilton App. No. C–130214, 2014-Ohio-3245. Upon consideration of the jurisdictional memoranda filed in this case, the court accepts the appeal on Proposition of Law Nos. I and II only.

PFEIFER, LANZINGER, and O'NEILL, JJ., would also accept the appeal on Proposition of Law Nos. III and IV.

O'DONNELL and KENNEDY, JJ., dissent.